UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-08142-MWF-AFM | Date | February 27, 2023 |
| Title | CASTAIC STUDIOS LLC V. URBAN TELEVISION NETWORK ET AL | | |

---

PRESENT: THE HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez
Courtroom Deputy

Not Reported;
Court Reporter

Attorney(s) Present for Plaintiff(s):
None Present

Attorney(s) Present for Defendant(s):
None Present

**PROCEEDINGS (IN CHAMBERS): COURT ORDER**

    In light of the Notice of Settlement filed 2/22/2023 (by email from counsel), the Court sets a hearing on Order To Show Cause Re Dismissal for April 3, 2023 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

    **IT IS SO ORDERED.**

Initials of Clerk: rs