JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(WESTERN DIVISION- LOS ANGELES)

| | |
|---|---|
| **Castaic Studios LLC,** *a California Limited Liability Company,*<br><br>       Plaintiff,<br><br>  vs.<br><br>**Urban Television Network Corp, Inc.** *a Nevada Corporation*, et al.,<br><br>       Defendants. | Case No.: CV 22-8142-MWF(AFMx)<br><br>ORDER GRANTING PLAINTIFF'S VOLUNTARY DISMISSAL OF ENTIRE CASE WITH PREJUDICE |

   The Court GRANTS Plaintiff's motion (Docket No. 11) for voluntary dismissal of this action, with prejudice.

   IT IS SO ORDERED.

Dated:  April 17, 2023

                   
MICHAEL W. FITZGERALD
United States District Judge